From: Elliott Williams #481914
2661 FM 2054 Coffield Unit
Tenn. Colony, Texas, 75884

To: Cathy S Lusk, clerk
12th court of Appeals
1517 West Front Street, suite 354
Tyler, Texas, 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB - 6 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Jan, 29th 2015

RE: Cause No. 12-14-00320-CV
Trial court: # 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

Style Elliott Williams
v.
Texas Department of Criminal Justice

Dear ms. Lusk:

In light of the courts resent Granting of leave to file late motion and its ov-ruling of rehearing motion what is the present Disposition of cause No. 12-14-00320-CV. in the 12th court of Appeals. I am not wanting legal advice I want to know if the court is waiting for a ruling from Judges panel or exact position of said case.

Sincerely yours.

Elliott Williams